Ophelia Azriel DE'LONTA, Plaintiff—Appellant,

v.

Gene JOHNSON, Director of VDOC; Fred Schilling, Director of Health Services for VDOC; Meredith R. Carey, Chief Psychiatrist for VDOC; Gary L. Bass, Chief of Operations, VDOC; W.P. Rogers, Assistant Deputy Director of Operations, VDOC; Gerald K. Washington, Regional Director, Central Regional Office for the VDOC; Eddie Pearson, Warden of Powhatan Correctional Center, VDOC; Anthony Scott, Chief of Security at Powhatan Correctional Center; Robert L. Hulbert, Ph.D., Mental Health Director for the VDOC; Larry Edmonds, Warden, Buckingham Correctional Center, VDOC; Major C. Davis, Chief of Security of Buckingham Correctional Center; Lisa Lang, Staff Psychologist; Toney, Counselor at Buckingham Correctional Center; Lou Dixon, Registered Nurse Manager, Buckingham Correctional Center, Defendants—Appellees.

No. 11–6924.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 5, 2011.

Ophelia De'Lonta, Appellant Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia Azriel De'Lonta seeks to appeal the district court's order denying De'Lonta's motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order De'Lonta seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*